```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 14733
    MICHAEL PALAZZO
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-1410


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/15/07 .

    2.  The case was dismissed without confirmation, 09/20/2007.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
ALASKA SEABOARD PARTNERS  CURRENT MORTG          .00           .00             .00
ALASKA SEABOARD PARTNERS  MORTGAGE ARRE    NOT FILED           .00             .00
ALASKA SEABOARD PARTNERS  SECURED                .00           .00             .00
ALASKA SEABOARD PARTNERS  MORTGAGE ARRE    NOT FILED           .00             .00
AMERICAN EAGLE BANK       SECURED VEHIC          .00           .00             .00
AMERICAN EAGLE BANK       SECURED VEHIC          .00           .00             .00
CAMBRIDGE LAKES COMMUNIT  NOTICE ONLY            .00           .00             .00
FORD MOTOR CREDIT         UNSECURED        NOT FILED           .00             .00
COMED                     UNSECURED        NOT FILED           .00             .00
FIRST PREMIER BANK        UNSECURED        NOT FILED           .00             .00
NICOR GAS                 UNSECURED        NOT FILED           .00             .00
        Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00       .00          .00
PRINCIPAL PAID          .00         .00         .00       .00          .00
INTEREST PAID           .00         .00         .00       .00          .00
TOTAL PAID              .00         .00         .00       .00          .00
The Debtor's attorney, RICHARD T JONES               , was allowed $      .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 12/20/07                    /S/
                                 GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 07 B 14733 MICHAEL PALAZZO
```